

ORIGINAL

FILED

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0350

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0350

HELIO LEAL DE LA HOZ,

Petitioner,

v.

JASON KOWALSKI, Administrator
of the Missoula County Detention Facility,

Respondent.

FILED

JUL 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Helio Leal de la Hoz, via counsel, moves this Court for a writ of habeas corpus over the Fourth Judicial District Court, alleging he is being held in custody at the Missoula County Detention Facility by the Missoula County District Court without jurisdiction, without being charged in that court, and without being prosecuted. Upon review of his pleading and associated exhibits, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that the Fourth Judicial District Court and the State of Montana, or both, are GRANTED until July 22, 2022, to prepare, file, and serve a response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable John A. Larson, Fourth Judicial District Court, Missoula County; Shirley Faust, Clerk of District Court, Missoula County, under Cause Nos. DC-22-312 and DC 22-313; the Attorney General; the Missoula County Attorney; and counsel for the Department of Corrections.

DATED this 12ᵗʰ day of July, 2022.

_____
Justice